UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

       - against -

JOHN MATERA, *et al.*

                  **Defendants.**
-------------------------------------------------------x

02-CR-743 (JMJ)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the declaration of Seth Ginsberg, Esq., dated April 6, 2020, and the supporting exhibits, JOHN MATERA will move this Court, before the Honorable Jesse M. Furman, at the courthouse at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order, pursuant to 18 U.S.C. § 3582, reducing Matera's sentence and ordering his immediate release from custody, or, in the alternative, for an order, pursuant to 28 U.S.C. §§ 2241 and 2255, vacating his sentence and granting a temporary restraining order barring his continued custody pending the final resolution of the application, and for such other and further relief as the Court deems in the interest of justice.

Dated: New York, New York
         April 6, 2020

                                          Respectfully Submitted,

                                          _____/s/_____
                                          SETH GINSBERG
                                          Attorney at Law
                                          299 Broadway, Suite 1405
                                          New York, New York 10007
                                          (212) 227-6655
                                          srginsberg@mac.com

                                          *Attorney for John Matera*

To:    United States Attorney's Office
        Southern District of New York
        Via ECF