UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                             :
:
        -v-                    :    02-CR-743-6 (JMF)
:
JOHN MATERA,                                                          :    ORDER
:
        Defendant.              :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Defendant John Matera, proceeding *pro se*, mailed a letter to Chambers, dated December 20, 2020, which is attached hereto. The Court is not without sympathy for Defendant's situation, but his request for reconsideration must be and is hereby DENIED for the reasons started in the Court's prior decisions. *See* ECF Nos. 446 and 452.

    The Clerk of Court is directed to mail a copy of this Order to Defendant at:

> John Matera, Reg. No. 00803-748
> Federal Correctional Institution – Danbury
> 33 1/2 Pembroke Road
> Danbury, CT 06811

SO ORDERED.

Dated: January 13, 2021
      New York, New York

                                           JESSE M. FURMAN
                                        United States District Judge

12-20-2020

John Matera
Pro-SE

Dec. 17, 2020

To: Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: United States V. John Matera 02-CR-743(JMF)

Dear Judge Furman;

    I am writing to you today asking you to please reconsider your denial of my original motion.
    I am not trying to waste the Court's time and will try to explain to you what I'm going through without doing so.
    I am in Prison 22 years, I am

90% done with my Sentence. I can be in a halfway house in 17 months.

I can easily accept the fact that you previously denied me, and just finish off the remainder of my sentence, but this can be life and death, and please allow me to explain:

This virus is running wild through this prison. The staff here all downplay the severity of it everyday.

The medical staff ~~that this~~ is way above their heads and our Safety is in Jeopordy. It's very Scary Sometimes

My health has declined so much since I contracted the Virus.

I just can't snap out of it and this medical does Nothing about. I ask to see them and dont hear back at all.

I told you about my ailments, especially my kidney pain in my last petition.

I've still never been Seen by Anyone about that. Absolutley Nothing has changed. If anything, I'ts gotten much worse.

Now, the living Conditions

have worsened. We live in 70 Man open dorms. There is no walls or partitions seperating us. The place is filled to the Max so there can be NO social distancing.

The officers go from Unit to Unit and they spread the virus. There are over 150 confirmed new cases here. I'm pleading with you, please look at what I'm saying. I wish there was a way for you to see it. I'ts like a zoo. This prison is being sued for so many different reasons, I am shocked that this prison is not shut down. I'ts that bad. They stopped testing because they ran out of room to Quarentine.

I am asking you to Re-consider ~~for~~ my motion for Home Confinement. To allow me to finish my last 2 years Home, safe and promise not to mess that up.

I came to prison and my son was 4 years old, he is now 27 in one week. My daugther was 3 years old, She is now 26. I missed all their lives and

lost so much.

My dad died while I was in prison. My Mother is 80 years old, all alone and I'm scared I will not see her again.

When considering this Motion Your Honor, please consider all the 3553(a) sentencing Factors when doing so.

Other Co defendants on my case received 15 year plea deals years after me.

I was charged 4 years earlier and pled to 20 years for the same exact crime.

I am not trying to downplay my role in any way. All I'm asking for is that Your Honor take all of this into consideration. I am asking to do whatever is in your Power to Grant me Home Confinement and to please look at all my factors when doing so.

Thank You
John Matin

F.C.I Danbury

John MATERA
#00803-748
33½ Pembroke Rd
Danbury CT 06811

P.S. Your Honor denied my previous motion on several grounds.
 I respected and accepted those reasons.
 The reason I come before you today is because those same reasons changed today
 The severety of this prison with the Covid outbreak is jeopardizing and for those reasons please grant my Motion to Adjust/Modify or whatever your Honor feels is Just to get me home during this challenging time
                          Thank you

Son MATERA #00803-748
FCI Danbury
33½ Pembroke Rd
Danbury CT 06811

LEGAL MAIL

Honorable Jesse M Furman
United States District Judge
SoDeen District of New York
40- Foley Square
New York, New York 10007

WESTCHESTER NY
22 DEC 2020 PM 2

USPS

FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD, DANBURY CT, 06811
DATE: 12-21-20

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAIL PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURE TO THE ABOVE ADDRESS.